Filing # 118838968 E-Filed 12/29/2020 03:11:52 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

CASE NO:

JOHN RIDENOUR,

    Plaintiff,

vs.

SAMS EAST, INC. d/b/a/
SAMS CLUB,

    Defendant.

_____/

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JOHN RIDENOUR sues the Defendant, SAMS EAST, INC. d/b/a SAMS CLUB and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $30,000, exclusive of attorneys' fees, interest and costs, and plaintiff(s) hereby demand a trial by jury; accordingly, although, to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by plaintiff (s) is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 21, Florida Constitution.

2. At all times material hereto, the Plaintiff, JOHN RIDENOUR was a resident of Duval County, FL.

3. That at all times material hereto, the Defendant SAMS EAST, INC. was and is a division, and/or body corporate, by authorization of the Legislature of the State of Florida.

4. At all times material, the Defendant, SAMS EAST, INC. was in legal control of store located at 6373 Youngerman Circle, Jacksonville, FL 32244 and had a duty to maintain the premises in a reasonably safe condition and/or to warn its invitees, including Plaintiff, of unreasonably dangerous conditions existing on the property

5. On or about July 10, 2020, Plaintiff went to the premises for the purpose of shopping, said purpose being a reason that the Defendant holds itself open to the public

6. At said time and place, Plaintiff slipped and fell in a puddle of water while walking in the freezer section, causing him to suffer multiple injuries.

## COUNT I: NEGLIGENCE OF SAMS EAST, INC.

The Plaintiff, JOHN RIDENOUR, adopts by reference all allegations contained in paragraphs 1 through 6, as set forth pursuant to Rule 1.130(b), Rules of Civil Procedure, and further alleges:

7. On or about July 10, 2020, Defendant, SAMS EAST, INC., owed a duty to Plaintiff, JOHN RIDENOUR, to exercise reasonable care to maintain the premises in a reasonably safe condition and/or to warn its invitees on the premises that might foreseeably give rise to loss, injury or damage to invitees, such as JOHN RIDENOUR.

8. At said time and place, the Defendant, SAMS EAST, INC., as possessor of said premises in that, *inter alia*, breached said duty as it failed to exercise reasonable care in the

[11785667/1]

provision of a safe environment as follows:

    a.    Plaintiff JOHN RIDENOUR slipped and fell after stepping in a puddle of water;

    b.    Said puddle of water represents a dangerous condition;

    c.    The dangerous condition existed for such a length of time that, in the exercise of ordinary care, Defendant should have known of the condition; or

    d.    The condition on the ground occurred with regularity and was therefore foreseeable;

    e.    Defendant failed to warn Plaintiff of said hazardous condition.

9.    As a direct and proximate result of Defendant, SAMS EAST, INC. breach of duty, as above alleged, Plaintiff, JOHN RIDENOUR, suffered bodily injury and resulting pain, suffering, disability, aggravation of pre-existing conditions, mental anguish, loss of capacity for the enjoyment of life, medical expenses and other expenses.

10.    The injuries sustained by Plaintiff, JOHN RIDENOUR, are permanent within a reasonable degree of medical probability, and continuing in nature and Plaintiff will continue to suffer such losses in the future.

**WHEREFORE,** Plaintiff, JOHN RIDENOUR, demands judgment against Defendants, SAMS EAST, INC., and demands trial by jury on all issues triable of right by jury.

[11785667/1]

**FARAH & FARAH, P.A.**

/s/ Wesley T. Ford
Wesley T. Ford, Esq.
Florida Bar No.: 0035738
1534 Kingsley Avenue
Orange Park, Florida 32073
Telephone: (904) 264-0701
Facsimile: (904) 278-1939
**Attorney for Plaintiff**
Primary and Secondary Email Addresses:
wford@farahandfarah.com
mbarsan@farahandfarah.com

[11785667/1]